No. 129, Misc. HOWARD *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Phillip G. Samovar,* Deputy Attorney General, for respondent.

No. 235, Misc. EVANS *v.* CUPP, WARDEN. C. A. 9th Cir. Certiorari denied. *Robert Y. Thornton,* Attorney General of Oregon, and *David H. Blunt,* Assistant Attorney General, for respondent.

No. 288, Misc. GEORGE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris, Jr.,* Assistant Attorney General, and *Timothy A. Reardon,* Deputy Attorney General, for respondent.

No. 303, Misc. GRAHAM *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 359, Misc. HARRIS *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. *George Howard, Jr.,* for petitioner. *Joe Purcell,* Attorney General of Arkansas, and *John Leslie Evitts,* Chief Deputy Attorney General, for respondent.

No. 377, Misc. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.